SHEFFIELD v. STATE. (No. 4554.) (Court of Criminal Appeals of Texas. June 27, 1917.) Appeal from District Court, Hays County; Frank S. Roberts, Judge. Tobe Sheffield was convicted of theft, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. The judgment in this case condemns appellant to two years' confinement in the state penitentiary for theft. The indictment is sufficient, charging a felony. The charge is not complained of by any bill of exceptions sufficiently presenting the issues. The judgment and sentence on verdict of the jury are regular. The rulings of the trial court are not complained of in any assignment of error, and the record is without statement of facts. The judgment of the lower court is affirmed.

SIMPSON v. STATE. (No. 4533.) (Court of Criminal Appeals of Texas. June 20, 1917.) Appeal from District Court, Smith County; J. R. Warren, Judge. Jim Simpson was convicted of selling intoxicating liquors in prohibited territory and appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant by proper indictment was charged with pursuing the occupation of selling intoxicating liquors in prohibited territory. This appeal is from conviction and sentence of two years' confinement in the penitentiary. The law appears to have been submitted to the jury in a written charge. There is no statement of facts showing what evidence was before the court, nor bill of exceptions complaining of any ruling of the court. We have found nothing in the record which authorizes reversal of the case, and the judgment of the lower court is therefore affirmed.

SPEAKER v. STATE. (No. 4557.) (Court of Criminal Appeals of Texas. June 27, 1917.) Appeal from District Court, Kleberg County; W. B. Hopkins, Judge. Percy Speaker was convicted of burglary, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction of burglary, with the lowest penalty assessed, and without a bill of exceptions or statement of facts. In the absence of these, nothing is presented for review. The judgment is affirmed.

WEINBERG v. STATE. (No. 4510.) (Court of Criminal Appeals of Texas. June 6, 1917. Rehearing Denied. June 29, 1917.) Appeal from Johnson County Court; B. Jay Jackson, Judge. M. Frank Weinberg was convicted of violating the local option law, and appeals. Affirmed. W. E. Myres and J. E. Warren, both of Cleburne, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law; his punishment being assessed at a fine of $25 and 20 days imprisonment in the county jail. The record is before us without a statement of facts or bill of exceptions. The matters mentioned in the motion for new trial cannot be considered with the record in that condition. So far as the record shows, the trial was regular, and no sufficient reason is shown why the judgment should be reversed. It is therefore ordered to be affirmed.